MISC 24-2582

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | NO. CV-23-01236-PHX-JJT |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| Tanpri Media & Arts Incorporated, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendants Tanpri Media & Arts, Inc., dba Consumer Legal Request; Elizabeth Beauvil; and Matthew Capizzoli jointly and severally in the amount of $19,247.70, which amount includes the following authorized components: $18,000 in statutory damages, which is calculated over the twelve distinct ATDS-administered calls (11) and robocall (1), assessed at $500 per violation, and here each trebled due to willfulness of Defendants; $402 in filing fees; and $845.70 in service fees.

Debra D. Lucas
District Court Executive/Clerk of Court

March 27, 2024

By    s/ Erica Aragon
       Deputy Clerk

I hereby attest and certify on 4/29/2024 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

MISC 24-2582

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Crews | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV23-1236-PHX-JJT |
| Tanpri Media & Arts Incorporated, et al. | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 03/27/2024.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 04/29/2024

**DEBRA LUCAS**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*