UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Jason Crews,

   Plaintiff,

v.

Tanpri Media & Arts, Inc, *et al.*

   Defendants.

Case No. 1:24-mc-02582-RER
**AMENDED
ORDER GRANTING MOTION TO COMPEL**

This matter is before the Court on Plaintiff Jason Crews' Motion to Compel Discovery Responses. The Court, having reviewed the motion and supporting documents, and good cause appearing,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Compel Discovery Responses is GRANTED.
2. Defendants Tanpri Media & Arts, Inc. and Elizabeth Beauvil shall, within fourteen (14) days of this Order, serve complete and verified responses to: a. Plaintiff's First Request for Documents; b. Plaintiff's First Set of Interrogatories; and c. Plaintiff's Second Request for Written Interrogatories.
3. Any objections to the discovery requests are deemed waived due to Defendants' failure to timely respond.

4. Failure to comply with this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 37, including but not limited to monetary sanctions or entry of default judgment.

5. Plaintiff is directed to serve a copy of this order by mail on all defendants within 7 days of the date hereof.

**IT IS SO ORDERED**.

Dated: **1/23/2025**

_/S/Ramón E. Reyes, Jr._____

United States District Judge, EDNY